**Order entered December 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00595-CR

**JAMES EDWARD GRUMBLES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. MB10-69593-B**

## ORDER

On November 27, 2013, we ordered the Dallas County Clerk to file a supplemental record containing a detailed itemization of the costs assessed in this case. On December 10, 2013, we received a supplemental clerk's record with an unsigned itemized bill of costs, which is not in accordance with Texas Code of Criminal Procedure article 103.001.

We **ORDER** the Dallas County Clerk to file, within **TEN (10) DAYS** from the date of this order, a supplemental clerk's record containing a bill of costs signed "*by the officer who charged the costs or the officer who is entitled to receive payment for the cost*."

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic submission, to John Warren, Dallas County Clerk; the Dallas County Clerk's Office, Criminal Records Division; and to counsel for all parties.

/s/  DOUGLAS S. LANG
   PRESIDING JUSTICE